1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENEE JOHNSON MONROE,<br><br>            Plaintiff,<br><br>    vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation; and DOES 1 to 10, inclusive,<br><br>            Defendant. | Case No. 2:15-cv-02079-TLN-CKD<br><br>(Assigned to the Honorable Troy L. Nunley)<br><br>**ORDER CONTINUING DISPOSITIVE MOTION HEARING DEADLINE** |

# ORDER

Pursuant to the stipulation and consent of the parties, and for good cause appearing, IT IS HEREBY ORDERED that the deadline for dispositive motions to be heard is extended from August 11, 2016 to September 8, 2016.

**IT IS SO ORDERED**.

Dated: June 29, 2016

Troy L. Nunley
United States District Judge

1