# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE JOHNSON MONROE, | Case No. 2:15-cv-02079-TLN-CKD |
| Plaintiff, | (Assigned to the Honorable Troy L. Nunley) |
| vs. | **ORDER CONTINUING BREIFING SCHEDULE AND ERISA TRIAL** |
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation; and DOES 1 to 10, inclusive, | |
| Defendant. | |

# **ORDER**

Pursuant to the stipulation and consent of the parties, and for good cause appearing, IT IS HEREBY ORDERED that the current trial date and briefing schedule shall be continued as follows:

|  | **Previous Date** | **New Date** |
|---|---|---|
| <u>Opening Trial Briefs</u> | October 10, 2017 | March 20, 2018 |
| <u>Responsive Briefs</u> | October 24, 2017 | April 3, 2018 |
| <u>Trial</u> | November 6, 2017 | **April 20, 2018 at 9:00 am** |

**IT IS SO ORDERED**.

Dated: September 14, 2017

Troy L. Nunley
United States District Judge

1