# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE JOHNSON MONROE<br><br>                Plaintiff,<br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation; and DOES 1 to 10, inclusive<br><br>                Defendants. | Case No.: 2:15-cv-02079-TLN-CKD<br><br><u>United States District Court Judge</u><br>Honorable Troy L. Nunley<br><br>Action Filed: August 24, 2015<br><br>Trial Date: April 20, 2018<br><br>**ORDER GRANTING STIPULATION TO AUGMENT THE ADMINISTRATIVE RECORD WITH SOCIAL SECURITY DOCUMENTS**<br><br>[Filed Concurrently with Stipulation] |

Pursuant to the Stipulation of Plaintiff Renee Johnson Monroe and Defendant Metropolitan Life Insurance Company ("MetLife") (collectively the "Parties) to Augment the Administrative Record with Social Security Documents, and for good cause appearing,

IT IS HEREBY ORDERED THAT:

1. Administrative Law Judge Vincent A. Misenti's September 29, 2017 written decision in Ms. Monroe's Social Security matter and his cover letter to Ms. Monroe enclosing his decision, attached to the Stipulation and bates-stamped PLTF000079-89, is admitted as evidence at trial.
2. The Social Security Administration's October 4, 2017 letter to Ms. Monroe identifying the amount of her Social Security disability benefit, attached to the Stipulation and bates-stamped PLTF000090-91, is admitted as evidence at trial.
3. The Social Security Administration's December 13, 2017 letter to Ms. Monroe identifying the amount of her Social Security disability benefit, attached to the Stipulation and bates-stamped PLTF000092-94, is admitted as evidence at trial.
4. The Administrative Record in the above-captioned action is hereby augmented with these documents from Ms. Monroe's Social Security disability benefits matter.
5. The Parties are permitted to cite to in their trial briefs and use as evidence at the trial of this action these Social Security documents.

/ / /

/ / /

6. The Parties are free to argue the weight of the documents at trial and in their trial briefs.

Dated: January 2, 2018

_____
Troy L. Nunley
United States District Judge

Submitted by:
Robert J. McKennon (SBN 123176) *rm@mckennonlawgroup.com*
Joseph S. McMillen (SBN 174561) *jm@mckennonlawgroup.com*
McKennon Law Group PC
20321 SW Birch Street, Suite 200
Newport Beach, California 92660
Phone: 949-387-9595 | Fax: 949-385-5165
Attorneys for Plaintiff Renee Johnson Monroe

Dated: December 28, 2017          McKENNON LAW GROUP PC

                                               By: /s/ *Joseph S. McMillen*
                                                    ROBERT J. McKENNON
                                                    JOSEPH S. McMILLEN
                                                    Attorneys for Plaintiff Renee Johnson Monroe

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 20321 SW Birch St., #200, Newport Beach, California 92660; Fax 949-385-5165; E-mail address: dc@mckennonlawgroup.com.

I hereby certify that on December 28, 2017, I served the foregoing documents described as: **[PROPOSED] ORDER GRANTING STIPULATION TO AUGMENT THE ADMINISTRATIVE RECORD WITH SOCIAL SECURITY DOCUMENTS.** on the interested parties as follows:

| | |
|---|---|
| Robert E. Hess, Esq.<br>**Hinshaw & Culbertson LLP**<br>4675 MacArthur Court, Suite 545<br>Newport Beach, CA 92660<br>949-757-2800<br>949-752-6313 Fax<br>*rhess@mail.hinshawlaw.com* | Attorneys for Metropolitan Life Insurance Company<br>☒ECF Participant |

☒ **ECF/CM:** I caused a true and correct copy thereof to be electronically filed using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐ I placed the ☐ original ☐ a true copy thereof enclosed in sealed envelope(s) to the notification address(es) of record and caused such envelope(s) to be delivered by ☐ **FIRST-CLASS MAIL** ☐ **OVERNIGHT DELIVERY**.

☐ **BY E-MAIL:** I electronically transmitted a true and correct copy thereof to the notification electronic mail address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

☐ **PERSONAL DELIVERY:** I caused ☐ the original ☐ a true copy thereof to be delivered by hand to the notification address(es) of record by an employee or independent contractor of a registered process service.

I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the Unites States of America and the State of California that the above is true and correct. Executed at Newport Beach, California on December 28, 2017.

NAME: *Debi Cartee*
(Signature)

-5-