# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE JOHNSON MONROE,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, a New York Insurance Company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:15-cv-02079-TLN-CKD<br><br>(Honorable Troy L. Nunley)<br><br>**ORDER GRANTING EXTENSION OF DEADLINE TO FILE ACCOUNTING AND PROPOSED AMENDED JUDGMENT**<br><br>[Filed concurrently with Joint Statement]<br><br>Complaint Filed: August 24, 2015 |

## **ORDER:**

Pursuant to the parties' joint statement re case status and request to extend deadline to file accounting and proposed amended judgment, and for good cause appearing, IT IS HEREBY ORDERED that the deadline to submit the accounting and the proposed amended judgment is continued to April 17, 2020.

IT IS SO ORDERED.

DATED: April 8, 2020

Troy L. Nunley
United States District Judge